IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * *   *
PAMELA J. DIOTALEVI and                          *
GORDON J. DIOTALEVI                              *
7 Casey Drive                                    *
Milford, MA 01757                                *
                                                 *
                        Plaintiffs,              *    CIVIL ACTION NO. 1:07-CV-00636 ESH
                                                 *
        vs.                                      *
                                                 *
ELI LILLY AND COMPANY,                           *
Lilly Corporate Center                           *
Indianapolis, IN 46285                           *
                                                 *
                        Defendant.               *
* * * * * * * * * * * * * ** * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: April 12, 2007

        Respectfully Submitted,

        SHOOK, HARDY & BACON, L.L.P.

        /s/ Michelle R. Mangrum
        Michelle R. Mangrum, DC Bar No. 473634
        600 14th Street, N.W., Suite 800
        Washington, D.C. 20005-2004
        (202) 783-8400 Telephone
        (202) 783-4211 Facsimile

        **ATTORNEYS FOR DEFENDANT**
        **ELI LILLY AND COMPANY**

138970v1

- 2 -

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 12th day of April, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

                                            /s/ Michelle R. Mangrum
                                            **ATTORNEY FOR DEFENDANT**
                                            **ELI LILLY AND COMPANY**