IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA J. DIOTALEVI and<br>GORDON J. DIOTALEVI<br>7 Casey Drive<br>Milford, MA 01757<br><br>        Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br>Lilly Corporate Center<br>Indianapolis, IN  46285<br><br>        Defendant. | CIVIL ACTION NO. 1:07-CV-00636 ESH |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: May 8, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Judith L. O'Grady
Judith L. O'Grady, DC Bar No. 494290
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY

139382v1

- 2 -

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 8th day of May, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

                                      /s/ Judith L. O'Grady
                                  **ATTORNEY FOR DEFENDANT**
                                  **ELI LILLY AND COMPANY**

139382v1